RECEIVED
JUN 23 2023
DEBORAH S. HUNT, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

Case Number: 22-3908

Case Name: Mourice Neal EL v. Jeremiah Ray

Name: Mourice Neal EL

Address: 319 ½ Garrison St., Apt. 2R

City: Fremont    State: OH    Zip Code: 43420

## PRO SE APPELLANT'S BRIEF

**Directions:** Answer the following questions about the appeal to the best of your ability. Use additional sheets of paper, if necessary, not to exceed 30 pages. Please print or write legibly, or type your answers double-spaced. You need not limit your brief solely to this form, but you should be certain that the document you file contains answers to the questions below. The Court prefers short and direct statements.

Within the date specified in the briefing letter, you should return one signed original brief to:

United States Court of Appeals For The Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio    45202-3988

1. Did the District Court incorrectly decide the facts?    ☒ Yes    ☐ No

   If so, what facts?

   > Ohio State Criminal Rule 7(a)
   > Ohio State Constitution Article I, section 14
   > Bill of Rights Amendment IV

2. Do you think the District Court applied the wrong law?    ☒ Yes    ☐ No

   If so, what law do you want applied?

   > 28 U.S.C. 1743 and 1621, 1623
   > Ohio State Constitution ~~Article 24~~,
   > Article I, section 24, 38

6CA-70
03/10

3. Do you feel that there are any others reasons why the District Court's judgment was wrong?
   ☒ Yes   ☐ No
   If so, what are they?

   > Prejudice And or bias

4. What specific issues do you wish to raise on appeal?

   > Fed. Rules of Civil Procedure 12 (a)(1)(A)(i)
   > Fed. Rules of Civil Procedure 55 (a)(b)(1)

5. What action do you want the Court of Appeals to take in this case?

   > Grant my default judgment And 28 U.S.C. 1743, 1621, 1623. Plus ohio state Constitution Article I, Section 24, And 38

I certify that a copy of this brief was sent to opposing counsel via U.S. Mail on the _17_ day of _June_, 20_23_.

Signature (Notary not required)

*Maurice Neal El*

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

Case Number: 22-3908

Case Name: Mourice Neal EL v. Jeremiah Ray

Name: Mourice Neal EL

Address: 319½ Garrison St., Apt. 2R

City: Fremont   State: OH   Zip Code: 43420

## PRO SE APPELLANT'S BRIEF

**Directions:** Answer the following questions about the appeal to the best of your ability. Use additional sheets of paper, if necessary, not to exceed 30 pages. Please print or write legibly, or type your answers double-spaced. You need not limit your brief solely to this form, but you should be certain that the document you file contains answers to the questions below. The Court prefers short and direct statements.

Within the date specified in the briefing letter, you should return one signed original brief to:

**United States Court of Appeals For The Sixth Circuit**
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio   45202-3988

1. Did the District Court incorrectly decide the facts?   ☒ Yes   ☐ No

   If so, what facts?

   Ohio State Criminal Rule 7(a)
   Ohio State Constitution Article I, section 14
   Bill of Rights Amendment IV

2. Do you think the District Court applied the wrong law?   ☒ Yes   ☐ No

   If so, what law do you want applied?

   28 U.S.C. 1743 and 1621, 1623
   Ohio State Constitution ~~Article 24~~,
                  Article I, section 24, 38

United States Court of Appeals
For The Sixth Circuit
June 17, 2023

Maurice Neal EL
    Plaintiff

V.                                   Case No. 22-3908

Jeremiah Ray
    Defendant

I Maurice Neal EL sighted question number 2 incorrectly. Meaning Ohio State Constitution Article I, section 24, 38." Instead it is Ohio State Constitution Article II, section 24, and 38. And the same for question 5 as will. If I may ask this court to make a note of that error and to be able to correct it with this letter.

Maurice Neal El
Maurice Neal EL
319½ Garrison St.
Apt 2R
Fremont, OH 43420
313-516-1596

Hand written Copy mailed to

Mr. Richard W. Nagel
30 E. Broad Street
15th floor
Columbus, OH 43215

RECEIVED

JUN 23 2023

DEBORAH S. HUNT, Clerk

Mr. Mourice Neal El
319 1/2 Garrison Street
Apartment 2R
Fremont, OH 43420

**RECEIVED**

JUN 23 2023

DEBORAH S. HUNT, Clerk

Mr. Mourice Neal El
319 1/2 Garrison Street
Apartment 2R
Fremont, OH 43420

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------



Mourice N. El
319 1/2 Garrison St. Apt. 2R
Fremont, OH 43420



METROPLEX MI 480
20 JUN 2023 PM 4 L

**RECEIVED**
JUN 23 2023
DEBORAH S. HUNT, Clerk

United States Court of Appeals For The Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

---

Mourice N. El
319 1/2 Garrison St. Apt. 2R
Fremont, OH 43420



METROPLEX MI 480
20 JUN 2023 PM 2 L



**RECEIVED**
JUN 23 2023
DEBORAH S. HUNT, Clerk

United States Court of Appeals For The Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

45202-393628